UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 3:34

US DISTRICT COURT
HARTFORD CT

NATA BOB,
    Plaintiff,

v.

JOHN J. ARMSTRONG, et al.,
    Defendants

PRISONER
CASE NO. 3:02CV1785(RNC)

RULING AND ORDER

On August 26, 2003, the court granted in part and denied in part the defendants' motion to dismiss and denied plaintiff's motion for summary judgment. Plaintiff has filed a motion for reargument along with a motion for summary judgment against defendant Santiago [Doc. #32]. For the reasons that follow, plaintiff's motions are denied.

In the motion for reargument, plaintiff takes issue with defendants' characterization of his claim against defendant Santiago. Plaintiff argues that he has not asserted a claim of denial of access to the courts. In the August 26 ruling, the court dismissed any possible access to courts claim against Santiago and noted that claims that Santiago interfered with plaintiff's right to send and receive mail or was responsible for the prolongation of plaintiff's pain remained pending. Because these claims were not dismissed, any request for reargument concerning these claims is unnecessary. Thus, plaintiff's motion

for reargument [doc. #32-1] is denied as moot.

In the previous ruling, the court denied plaintiff's motion for summary judgment for failure to comply with the requirements of Loc. R. Civ. P. 56. Although the court set forth these requirements in its ruling, plaintiff's new motion still does not comply with them. Thus, plaintiff's motion for summary judgment [doc. #32-2] is denied without prejudice.

So ordered this 22 day of October, 2003, at Hartford, Connecticut.

                                      Robert N. Chatigny
                                      United States District Judge