FILED
2003 NOV 13 P 5: 32
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | PRISONER<br>CIVIL NO. 3:02CV1785 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 10, 2003 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., the defendants move for summary judgment for the reasons more fully set forth in the accompanying Memorandum of Law, filed herewith.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ~~10th~~ *12th* day of November 2003:

Nata Bob #264728
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

Michael J. Lanoue
Assistant Attorney General