UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (RNC)(DFM) |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 26, 2003 |

### AFFIDAVIT

I, Antonio Santiago, being first duly sworn, do hereby depose and say:

1. I am a Captain working for the Department of Correction at the Cheshire Correctional Institution.

2. I have been employed by the Department of Correction since 1989.

3. From June of 1999 to December of 2001, I was assigned to the New Haven Community Correctional Center.

4. My job responsibilities did not include the handling of mail.

5. Mail was collected by correctional officers who brought the mail to the mail clerk, who processed the mail.

6. I am aware that the plaintiff complained and filed a grievance concerning mail that was lost. The mail was apparently misplaced. It was found and forwarded to the addressee. See attached.

7. At no time did I interfere with or prevent the plaintiff's mail from being processed.

8. I have no recollection of the plaintiff making any request to me concerning his mail. If he did, I would have referred it to his counselor and/or the mail clerk.

9. I am not aware of any other complaint by the plaintiff concerning mail nor am I aware of other inmates making complaints that mail was lost or misplaced while I was at the New Haven Community Correctional Center.

10. At no time did I intentionally interfere with the plaintiff's mail.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Captain Antonio Santiago

Subscribed and sworn to before me this 26th day of September 2003.

_____
Commissioner of the Superior Court