FILED

2003 NOV 10 A 11: 55

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | PRISONER<br>CIVIL NO. 3:02CV1785 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 7, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

1. The defendants have insufficient knowledge of the facts alleged prior to his incarceration for form a belief and, therefore, leave the plaintiff to his burden of proof.

2. So much of plaintiff's complaint that can be read to allege that mail was misplaced for a period of time is admitted. So much of said allegations which allege "tampering" is denied. So much of plaintiff's complaint which alleges the defendants interfered with his mail is denied.

3. So much of plaintiff's complaint which alleges defendant Immordino denied proper medical attention is denied. So much of plaintiff's complaint which alleges he suffered a permanent injury as a result of Dr. Immordino's lack of care is denied.

4. The defendants have insufficient knowledge of the remaining allegations of plaintiff's complaint and, therefore, leave him to his burden of proof.

## FIRST AFFIRMATIVE DEFENSE

At all times mentioned in this lawsuit, the defendants acted within the scope of their duties as officers/employees of the State of Connecticut and acted with a good faith belief that their actions were lawful and, therefore, they are entitled to qualified immunity from monetary damages.

## SECOND AFFIRMATIVE DEFENSE

Insofar as this action seeks money damages from the State of Connecticut, it is barred by the Eleventh Amendment to the United States Constitution.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of November 2003:

Nata Bob #264728
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

*(signature)*
Michael J. Lanoue
Assistant Attorney General

2