NATA BOB
vs
JOHN ARMSTRONG, et al
DEFENDANT(S)

NATA BOB
160 ELM ST.
GREENFIELD MA. 01301
7th December 2003

CASE NO: 3:02 CV1785 (RNC)(DFM)

Sir,

## MOTION FOR AN EXTENSION OF TIME.

PLAINTIFF, NATA BOB, FILES THE ABOVE MOTION TO HAVE MORE TIME TO RESPOND TO THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT FOR THE UNDER MENTIONED REASONS:-

1) THE UNPRECEDENTED TRANSFER AND CHANGE OF ADDRESS,

2) INABILITY TO CORRESPOND WITH COURTS OR MAKE LEGAL CALLS WITHOUT COLLECT CALLS AND INABILITY TO HAVE MY LEGAL PROPETY TO NOTIFY COURTS OF MY NEW ADDRESS DUE TO ADM. POLICY OF FACILITY

3) THE FACT THAT ON TWO (2) OCCASIONS I HAD TRIED TO WRITE TO THE COURT(S) AND THAT MAIL WAS RETURNED TO SENDER DUE TO CHANGE OF ADDRESS.

Yours Truly
NATA BOB

Plaintiff

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT, THE FORGOING MOTION HAS BEEN MAILED TO ATTNY MR. MICHAEL J. LANOUE BY LEGAL MAIL ON THE 7th DECEMBER 2003 AT 110 SHERMAN ST.
HARTFORD, CT.
06105

YOUR'S PLAINTIFF
NATA BOB

Suuj Nala Bob