UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -6 P 1: 11
U.S. DISTRICT COURT
HARTFORD, CT

NATA BOB                              :
                                      :       PRISONER
    v.                                :Case. No. 3:02CV1785(RNC)(DFM)
                                      :
JOHN ARMSTRONG, et al.                :

RULING AND ORDER

Plaintiff seeks an extension of time to respond to defendants' motion for summary judgment. Plaintiff's motion [**doc. #38**] is **GRANTED**. Plaintiff shall file his response, in accordance with the notice issued by the court on November 24, 2003, within **sixty (60)** days from the date of this order.

**SO ORDERED** this 5th day of January, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE