UNITED STATES DISTRICT COURT,
DISTRICT OF CONNECTICUT.
PRISONER CIVIL CASE No: 3:02CV1785(RNC)(DFM)

NATA, BOB

FILED
2004 JAN -9  2003
DEC 16 2003  3:12
US DISTRICT COURT
BRIDGEPORT CT

JOHN ARMSTRONG, et al.

(1) <u>ANSWER AND AFFIRMATIVE ALLEGATIONS:</u>
DEFENDANT(S) HAVE ENOUGH KNOWLEDGE OF THE FACTS OF PLAINTIFF'S SERIOUS MEDICAL NEEDS THE MOMENT HE WAS COMITTED AND ADMITTED TO THE CUSTODY OF THE D.O.C. ESPECIALLY UNDER THE MEDICAL CARE OF DR IMMORDINO MD AND HIS CORRESPONDENCES UNDER THE SUPERVISION OF CAPTAIN SANTIAGO DOC DESIGNEE.

(2) PLAINTIFF STILL AFFIRMS HIS ALLEGATIONS DEFENDANT INTENTIONALLY TAMPERED AND INTERFERED WITH HIS LEGAL MAIL (PRIVELEDGED) WHEN HE REFUSED TO RESPOND/REPLY TO HIS REQUEST COMPLAINING ABOUT HIS MAIL BEING NOT DELIVERED IN THE 7 DAYS PERIOD AND NOT AT ALL RESPONDING AGAINST ADM. DIR. 10.7 DEPRIVING HIM FROM BEING ABLE TO REDRESS HIS SERIOUS MEDICAL NEEDS AND REFUSING HIM HIS RIGHT TO WRITE AND RECEIVE LETTERS.

(3) PLAINTIFF STILL ALLEDGES DR IMMORDINO DENIED HIM HIS SERIOUS MEDICAL NEEDS, WHICH HAD NEVER BEEN DENIED BY DEFENDANT(S) THAT HE NEEDED.

(4) PLAINTIFF STILL ALLEDGES BECAUSE OF THE DEFENDANTS INTERFERANCE WITH HIS SERIOUS MEDICAL NEEDS CAUSED

BY THE CONSTANT TIGHT HANDCUFFING OF D.O.C. OFFICERS TO AND FROM COURT AGGRAVATING HIS (2) SURGERIES WHICH WERE STARTING TO HEAL BECAUSE HIS CURRENT MEDICAL PROBLEMS HE NEVER HAD BEFORE HIS INCARCERATION WHICH ARE PERMANENT PAIN, THROBBING OF THE MIDDLE AND INDEX FINGERS, POOR RANGE OF MOTION, PHYSICAL LIMITATIONS, NERVE DAMAGE AND PERMANENT DEPENDENCE ON MEDICATION FOR RELIEF OF PAIN; WHICH WAS BEING TREATED BY HAND SURGEON SPECIALIST AND SPECIALIST OCCCEPATIONAL THREAPIST FOR REHABILITATION

(4) PLAINTIFF UPON HIS PRESENTATION SUPPORTED BY THE EVIDENCES CORROBORATES THE LAWS GOVERNING THE SIMILAR CASES PROVES PLAINTIFF HAS PROVEN HIS CASE.

SECONDLY -. PLAINTIFF ALLEDGES THAT THE TIME THE DEFENDANTS MOTIONS DEFEND THEMSELVES BEHIND THE CURTAIN OF 11th AMM. IMMUNITY IN THEIR OFFICIAL CAPACITIES WHEN THE COURT RULED THIS CASE IS ABOUT INDIVIDUAL AND/OR PERSONAL CAPACITY AS THE PLAINTIFF IS SUING THE DEFENDANTS IN THIS SUIT IN THEIR PERSONAL AND INDIVIDUAL CAPACITIES.

SECONDLY - THE 11th AMM DONOT PROTECT THE DEFENDANTS DR IMMORDINO AND CAP. SANTIAGO FROM BEING HELD RESPONSIBLE FOR THE ALLEDGED VIOLATION OF PLAINTIFF 8th AMM. Const. RIGHT VIOLATIONS IN THIS SUIT IN THEIR INDIVIDUAL AND PERSONAL CAPACITIES. PLAINTIFF REQUEST THE COURT TO AWARD HIM THE DAMAGES

# Certificate of Service

THIS IS TO CERTIFY THAT A COPY OF THE FORGOING HAD BEEN MAILED TO ATTNY MICHAEL J LANOUE ON THE 10TH NOV. 2003 By LEGAL MAIL TO

110 SHERMAN ST
HARTFORD CT.
06105

YOURS PL. NATA BOB

Sign Nate Bo