UNITED STATES DISTRICT COURT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1-9 2004
Kevin F. Rowe, Clerk
By [illegible]
Deputy Clerk

DISTRICT OF CONNECTICUT

DEC 2003

PRISONER CIVIL CASE No: 3:02 CV1785 (RNC) (DFM)

DEC. 10th 2003

NATA BOB

V

JOHN ARMSTRONG, et al

MOTION TO OPPOSE DEFENDANT(S) MOTION FOR A SUMMARY JUDGEMENT.

PURSUANT TO RULE 56(e) OF FED. R. CIVIL PROCEDURE, PLAINTIFF MOVES IN OPPOSITION TO DEFENDANT(S) MOTION FOR SUMMARY JUDGEMENT, FOR THE REASONS, EVIDENCES MORE FULLY SET FORTH IN THE ACCOMPANYING MEMORANDUM OF LAW FILED WITH.

PLAINTIFF: NATA BOB #264728
160 ELM ST.
GREENFIELD, MA 01301

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FORGOING HAD BEEN SENT TO ATTNY MICHAEL J. LANOUE BY LEGAL MAIL ON THE 10TH NOV. 2003 AT

110 SHERMAN ST
HARTFORD, CT.
06105

Your's Truly

NATA BOG

[signature]

11/10/03