UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -3 A 9: 08
U.S. DISTRICT COURT
HARTFORD, CT.

NATA S. BOB,

  Plaintiff,

V.

JOHN J. ARMSTRONG, ET AL.,

  Defendants.

CASE NO. 3:02CV1785(RNC)

### PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **September 13, 2004**, at 9:00 a.m.

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

3. On or before **August 16, 2004**, pro se plaintiff and counsel for the defendant will separately prepare and file for approval by the Court a trial memorandum containing the following information:

  a. <u>Witnesses</u>: Set forth the name and address of each witness to be called at trial. Provide a summary of the anticipated testimony of each witness and an estimate of the probable duration of his or her testimony (e.g. less than one hour, two to three hours, one full day). In addition, for each expert witness, set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely.

      b.   <u>Exhibits</u>: Pro se plaintiff and counsel for the defendant will prepare a list of exhibits. The list must specifically identify each exhibit by providing a brief description of the exhibit. The exhibits will be listed in numerical order starting with Plaintiff's Exhibit 1 and Defendant's Exhibit 1. If a party has an objection with regard to a designated exhibit, the objection must be stated in this section of the trial memorandum or it will be waived. Each party will prepare an original set of exhibits, plus a duplicate copy for the Court and every other party, marked with exhibit tags provided by the Clerk. The duplicate sets of exhibits must be submitted to the Court not later than the day before the final pretrial conference. Pro se plaintiff and counsel for the defendant will retain the original set of exhibits for use at trial.

      c.   <u>Jury Instructions</u>: Pro se plaintiff and counsel for the defendant will prepare and file proposed jury instructions regarding the elements of their claims and defenses (instructions on other matters may be proposed but are not required). The proposed instructions will be submitted as an attachment to the trial memorandum.

4.   The date for a final pretrial conference, to be held by telephone, will be set after the filing of the trial memorandum by each party. Pro se plaintiff and counsel for the defendant who will try the case must participate in the conference.

5.   The dates set forth in this order will not be extended except in unusual circumstances pursuant to a written motion

demonstrating good cause filed not later than <u>five</u> days before the date in question.

So ordered.

Dated at Hartford, Connecticut this 2nd day of June 2004.

                                                      Robert N. Chatigny
                                        United States District Judge