DF # [illegible]

**YAO LEONARD KALEDZI, M.D.**
3065 Grand Concourse
(Entrance on 204th Street)
Bronx, NY 10468
(718) 220-0000  Fax: (718) 733-6773

Name: Nala Bob

Address: _____  Date: 1/22/00

℞ (Please Print)

Pt Lt wrist hand
→ forearm x3 wkly
(broke)

_____, M.D.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES "d a w" IN THE BOX BELOW

☐ Label    Yao L. Kaledzi
Refill ___ Times    3065 Grand Concours.
☐ PRN  ☐ NR    Bronx, NY 10468    Dispense As Written

FAX H (860) ~~348-4779~~   PLAINTIFF'S EX 2   (2)

```
DATE: 06/02/00          SHERRY HUSNEY OTR/L      REF: KULICK, ROY MD
ACCT#: 5227                                      PCP: _____
NAME: NATA BOB                                   INS: ORISKE INS CO

EVAL & F/U VISITS                  MODALITIES - ALL CARRIERS
*******************************************************************************
                        MYOFASCIAL REL./STM   97250 []   JT MOBILIZATION 97265 []
OT EVAL    97003 []     MANUAL THERAPY TECH   97140 []   THERAPEUTIC EX. 97110 []
USHC 30    97700 []     NEUROMUSCULAR RE-ED   97112 []   SELF CARE / ADL 97535 []
USHC 15    97701 []     HOT/COLD PACK         97010 []   DYNAMIC ACT.    97530 []
1199       97110 []     WHIRLPOOL             97022 []   CONTRAST BATH   97034 []
GHI        97110 []     VASOPNEUMATIC DEVICES 97016 []   ELECTRIC STM.   97014 []
PHYS PER   97750 []     IONTOPHORESIS         97033 []   ULTRASOUND      97035 []
                        HOME EXERCISE PRGM    97139 []   PARAFFIN BATH   97018 []
RE-EVALUATION           DEVELOP. COG SKILLS   97770 []   ORTHO TRNG/SPLT 97504 []
                        BIOFEEDBACK TRAINING  90901 []
RE-EVAL    97004 [x]                                     WOUND CARE SIM. 11040 []
                        DME: _____ []  NAIL DEB.       11720 []
                        DME: _____ []
*******************************************************************************
CONDITION & PROGRESS
```

Semmes Weinstein monofilament — 3.61 - diminished light touch over ii digit dorsal surface. Otherwise sensation is intact in the hand.

Wrist ext = 5/5, but pt notes pain @ dorsal wrist crease.
Wrist flexion = 5/5, ē pain
L grip = 65/60/55    R grip = 90/85/75 — Pt is R hand dominant
Pt notes throbbing sensation c̄ forces grippin' (L).
OM df = 60, VF = 55°, c̄ "pulling" sensation noted by pt beyond
   40° df.        (L)       (R)
3 pt pinch = 12/10/12 lbs — 23/22/22  Pt is R hand dominant
2 pt pinch = 9/11/11 lbs       13/14/11
lat pinch = 11/12/11 lbs       29/31/31
Elbow V = 5-/5   ext = 5/5
Shoulder FE = 5-/5 — limited by occasional shoulder pain; ABD = 5/5
Recommend use of wrist support for heavy work, & continue
ē strengthening          Husney OTR/L

SIGNATURE: BW

DIAGNOSIS: 959.3    (2) _____    (3) _____    (4) _____
0.00   CASH         CHECK      METHOD OF PAYMENT: ( ) CHECK  ( ) CASH
                                       INITIALS: _____

INMATE # 262275

**MIDSTATE MEDICAL CENTER**
PO BOX 310912
NEWINGTON, CT
888 271-8662

06131-0912

4/10/00

PAGE NO. 1

HOSP. NO. 011

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| CYCLE OUTP. | 04/18/00 | |

| P | Z | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | BOB, NATA | 40864873 | M | 45 | 04/10/00 | | |

GUARANTOR NAME AND ADDRESS:
NATA BOB
2055 VALENTINE AVE
BRONX, NY 10457

| C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| | | | |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 | EST. COVERAGE INS. CO. NO. 3 | EST. COVERAGE INS. CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 4/10 | ACETAMN TAB 325M | 64020746 | 1.65 | | | | | 1.65 |
| 4/10 | NON EMERGENT 2 | 91011023 | 80.00 | | | | | 80.00 |
| 4/11 | CELECOXIB 200MG | 64097165 | 21.40 | | | | | 21.40 |
| 4/11 | CELECOXIB 200MG | 64097165 | 10.70 | | | | | 10.70 |
| | BALANCE FORWARD | | 0.00 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | PHARMACY | 250 | 33.75 | | | | | 33.75 |
| | EMERGENCY DEPT | 450 | 80.00 | | | | | 80.00 |
| | SUB-TOTAL OF CURR. CHARGES | | 113.75 | | | | | 113.75 |

THIS IS A SUMMARY OF YOUR HOSPITAL CHARGES. WE HAVE BILLED YOUR INSURANCE IF YOU HAVE GIVEN US THAT INFORMATION. 'PAY THIS AMOUNT' IS WHAT WE ESTIMATE YOU OWE AT THIS TIME. UNTIL INSURANCE HAS PAID WE ARE NOT ABLE TO GIVE YOU THE FINAL AMOUNT DUE. FOR FURTHER INFORMATION CALL 888-271-8662.

| TOTALS | 113.75 | | | | 113.75 |
|---|---|---|---|---|---|

| PATIENT NUMBER | | | |
|---|---|---|---|
| 40864878 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT  113.75 |

MIDSTATE MEDICAL CENTER
NEWINGTON, CT

**MIDSTATE MEDICAL CENTER**
PO BOX 310912
NEWINGTON, CT
888 271-8662
06131-0912

4/10/00 PLAINTIFF EX 3

PAGE NO. 1
HOSP. NO. 011

| TYPE OF BILL | DATE OF BILL | DATE OF PREV. BILL |
|---|---|---|
| CYCLE OUTP. | 04/18/00 | |

| P | Z | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| BOB | | ,NATA | 40864873 | M | 45 | 04/10/00 | | |

| GUARANTOR NAME AND ADDRESS | C.O.B. | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| NATA BOB<br>2055 VALENTINE AVE<br>BRONX, NY 10457 | | | | |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS. CO. NO. 1 | EST. COVERAGE INS. CO. NO. 2 | EST. COVERAGE INS. CO. NO. 3 | EST. COVERAGE INS. CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 04/10 | ACETAMN TAB 325M | 64020746 | 1.65 | | | | | 1.65 |
| 04/10 | NON EMERGENT 2 | 91011023 | 80.00 | | | | | 80.00 |
| 04/11 | CELECOXIB 200MG | 64097165 | 21.40 | | | | | 21.40 |
| 04/11 | CELECOXIB 200MG | 64097165 | 10.70 | | | | | 10.70 |
| | BALANCE FORWARD | | 0.00 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | PHARMACY 250 | | 33.75 | | | | | 33.75 |
| | EMERGENCY DEPT 450 | | 80.00 | | | | | 80.00 |
| | SUB-TOTAL OF CURR. CHARGES | | 113.75 | | | | | 113.75 |

THIS IS A SUMMARY OF YOUR HOSPITAL CHARGES. WE HAVE BILLED YOUR INSURANCE IF YOU HAVE GIVEN US THAT INFORMATION. 'PAY THIS AMOUNT' IS WHAT WE ESTIMATE YOU OWE AT THIS TIME. UNTIL INSURANCE HAS PAID WE ARE NOT ABLE TO GIVE YOU THE FINAL AMOUNT DUE. FOR FURTHER INFORMATION CALL 888-271-8662.

**TOTALS** 113.75    113.75

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 113.75 |
|---|---|---|---|---|
| 40864878 | | | | |

MIDSTATE MEDICAL CENTER
NEWINGTON, CT

Staff Ex 2  UPON INTAKE Ex 4

PLAINTIFF'S EX 4

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

INMATE NUMBER: 264728
DATE OF BIRTH: 1/1/55
INMATE NAME (LAST, FIRST, INITIAL): Bob, Nata
SEX: M
RACE/ETHNIC: B
FACILITY: NHCC

| DATE/TIME | |
|---|---|
| 4/11/00 10:20p | Intake screening completed. I/M reports hx of L hand occupational injury 10/5/98 c̄ resultant reduced ROM and ↑ pain to L hand/arm. I/M reports med managed on Celebrex 200mg po QD. Last taken 4/11/00. Also reports recent ER visit from police lock up 2° ↑ pain w/ L hand 2° missing 2 d/s of Celebrex. Now reports only minimal disc to L hand/arm. Arm assessed c̄ old incision proximal ulnar region, ↓ ROM elbow joint. Call out to MD - orders. I/M denies any other med or mh problems. Reports hx of BCG vacc + subsequent ⊕ Rx and refuses PPD @ this time. CXR scheduled for tw. Pt on med hold. No S/S of edema FB noted. Will cont to F/U PRN. |
| 4-13-00 | c/o painful L hand S/P injury (crushing) 1998. Ø swelling noted, naprosyn 500mg po given as ordered. Placed on MD list to evaluate — Howie RN |
| 4-17-2000 | Received notice from Toni DeLeon to plant PPD on this I/M. PPD 0.1ml planted RFA — Howie RN |
| 4-24-00 | Received call from C.O. Hayle requesting medical to see I/M. States his L hand was swollen & he was in excruciating pain. Ø swelling noted to L hand. I/M stated that he was not being treated properly in medical dept. He also stated that his medication (naprosyn) 500mg it was not helping him because he always took Tylenol in between when he was on celebrex. 1 pack of Tylenol #30 given to I/M. Arm sling given to help support L hand & arm, placed on MD's list for monday 5-1-0 — Howie RN |

Suff — Ex 2 — PLAINTIFF'S Ex (3)
DFSR INTAKE

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

INMATE NUMBER: 264728
DATE OF BIRTH: 1-1-55
INMATE NAME (LAST, FIRST, INITIAL): Nata Bob
SEX: (M) F
RACE/ETHNIC: (B) W H O
FACILITY: NHCC

| DATE/TIME | |
|---|---|
| 7-12-00 | S Seen in triage. <br> O I/m has several issues to be discussed c̄ MD. <br> A - S/P (L) hand wrist injury 10/5/98, receiving Occ. Therapy for hand. Needs medication Celebrex — take 200mg Q.D. Now has boils under both armpits. P APAP 500mg #24 referral to MDSC ——— [signature] |
| DO note 2/26/01 | seen today axillary furunculosis resolved <br> no complaints <br> c/o no abscesses in the axillary area <br> A/P Basis soap <br> F/U PRN. [signature] |
| 3/1/01 | S Seen in triage <br> O I/m c/o mult issues <br> A R/O Medical issues T 97.7 <br> Had BM in am. Pain (L) side every am. But then goes away <br> P Motrin #10 ——— [signature] |
| 3/23/01 | S - I have pain in my L hand <br> O/A - old injury / chronic pain <br> P Motrin 400 mg PO TID till seen by MD [signature] |
| 3/24/01 | Reviewed o/c chart. Last PPD ⊖ TB test deferred. Referral to TB trailer. Hx L hand injury / any Sx in pain given. Same med issues medical orientation explained. [signature] |

Case 3:02-cv-01785-DFM Document 45-2 Filed 06/21/2004 Page 7 of 20

PLANTIFF'S EX (6)
Supp Ex ACUP DOCS Knew AND
Ignored PLANTIFF's complaint

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

INMATE NUMBER: 264728
DATE OF BIRTH: 1/1/55
INMATE NAME (LAST, FIRST, INITIAL): Nata Bob
SEX: M
RACE/ETHNIC: B
FACILITY:

| DATE/TIME | |
|---|---|
| 10/27/00 | 1035 /c/ eval? |
| 10/31/00 | 11A |
| | S- Had accident at work 1998 in which left (non dom) hand crushed between steel + wood leaving slivers of both. Wds were closed then reopened Nov 1999 for excision f.b. Since then to PT for active exercises, possibly ep Electric stimuli. Notes feeling of tingling when hand is dropped to side, hence wears sling. |
| | O- full ROM of L hand. No deformity ? ↓ sensation dorsum L index, middle fgr. Lac of dorsum L hand - healed |
| | A- Weakness L hand Possensory loss due to injury 2 yrs ago. |
| | P- ① May be dischg 1 Dec 00 ② To physical therapy when released |
| 11-600 | Called for IO, inmate No Show |
| 11:30 P | Call Rescheduled |
| 11/18/01 | S: "I continue to have the bumps" O: States boils cont to return under arms. Areas noted under bil axilla. States č using H2O (warm) it reappears. A: As in stable —  Refer to MD. |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 264728 | 1/1/55 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Bob, Nate |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | NHCC |

**INSTRUCTIONS FOR USE:** <u>Physicians must sign name and title under each order.</u> Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY  NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 4/11/00 | 1030p | To JR Esposito | [signature] RN |
| | | (1) Naprosyn 500mg PO BID | |
| | | | |
| 5/1/00 | | Motrin 200 mg po Q3h prn pain | |
| | | Sling to (L) hand. | |
| | | [signature] | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

PLAINTIFF'S EX 8

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

INMATE NUMBER: 264728
DATE OF BIRTH: 1/1/55
INMATE NAME (LAST, FIRST, INITIAL): Boh, NATA
SEX: (M) F
RACE/ETHNIC: (B) W H O
FACILITY: NHCC

| DATE/TIME | |
|---|---|
| 5/1/00 9:08 pm | 2 yrs p̄ injury of L hand in NY. c/o pain. On "Celebrex." Apparently scraped dorsum of L hand resulting in f.b. req. 2 surgeries to remove. PE: no injury noted. Some scar over dorsum L hand. Full ROM. RV prn. [signature] |
| 5/8/00 | for eval of above |

# OKYENIBA CLINIC

58 EAST KINGSBRIDGE ROAD
BRONX NY 10468
(718) 295-8243  (718) 295-8773
FAX # 718- 584-3805

---

To Whom it May Concern

Mr Nata[...] was examined and treated by me on 5/22/00 for dyspepsia and arthralgia Lt wrist. Patient is on Celebrex 200 mg daily

SAMUEL K. MENSAH M.D.
58 E KINGSBRIDGE RD
BRONX NY 10468
LIC #144315

5/22/00

NOV 16 2000

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9
7.

Inmate name: NATA PROT
Inmate no.: 269928
Facility: NHCCC
Housing unit: C-54
Date: 11/08/00

☐ Line grievance   ☐ Line emergency   ☑ Health grievance   ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

The doctor Peter Mordin told me my medication is expensive the facility will not buy it and can't neither have my medication brought in by my family if not why I am not having it

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

Between 11th of April and 19 May and between June 1st and October I saw Dr Peter Mordin concerning my bad left and skin diseases but I can't get any treatment satisfactory to my desires

3. **Action requested.** Describe what action you want taken to remedy the grievance.

why the facility will not provide me medication?

Inmate signature: Nata Prot

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

**FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW**

IGP no. 063
T no.
Date received: 11/14/00
Disposition: Denied
Date of disposition: 11/14/00
Grievance issue: medication

Reasons:
Admitted 4/11 seen by MD 5/1
Readmitted 6/7 seen by infectious disease MD 7/10, 7/19
seen by regular MD 7/26, 8/31, 9/7, 10/23
4/11 naprosyn given 3/1, motrin given 7/12 increased strength
of motrin given, MD wanted to give you other

Level-1 reviewer: [signature]

medication he would have requested that it be approved for ordering. He has not done this. The only complaint from you regarding your medication is from 4/29 you complained naprosyn was not working because you needed to take [illegible] in between.

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 264728 | 1/1/55 |

| INMATE NAME (LAST, FIRST, INITIAL) | | | | | |
|---|---|---|---|---|---|
| Bah, Nata | | | | | |
| SEX | | RACE/ETHNIC | | | FACILITY |
| M ○ F | B ○ | W | H | O | CRCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 4/20/01 | | X ray ⓛ wrist | |
| | | Neurontin 400 mg T BID x 30 | |
| | | | Germain Bianchi, M.D. |
| 4/20/01 | 930a | noted [illegible] | |
| 4/23/01 | 830a | D/C Neurontin | |
| | | Schedule MD visit | |
| | | | Germain Bianchi, M.D. |
| 4/23/01 | 830p | noted [illegible] | |
| 6/5/01 | 830a | Basis soap OP x 6 months | |
| 6/8/01 | | Hepatic Functions 6/11/01 | [illegible] |
| | | MD visit in 1-2 weeks | 6/8/01 |
| | | | Germain Bianchi, M.D. |
| 7/19/01 | | Celebrex refilled | |
| | | New non formulary request sent in for | |
| | | Celebrex 200mg T QD x 90 | |
| | | | Germain Bianchi, M.D. |
| 10/22/01 | 900a | Celebrex refilled 200mg QD x 90 days | |
| | | Resubmit non-formulary request | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

Dr. Bianchi [illegible]

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing

October 27, 2000

Bob Nata
Inmate #264728
New Haven CC
245 Whalley Avenue
New Haven, CT 06530

Dear Mr. Nata:

This correspondence will acknowledge receipt of your October 10th letter which arrived at ILAP on October 18, 2000.

Within the subject letter, you wrote that you had been incarcerated from April 11 to May 19 and June 7th to the present time. You indicated that you were admitted with personal medication on person. Although you were informed that you would be examined by the institutional physician, scheduled appointments were cancelled. When you did see the doctor, you were informed that you will not receive your pre-incarceration medication because it is too costly. You requested that the doctor authorize your family to bring in your medication but the physician said no.

In the interval between your release and readmission to the DOC System, you saw your personal physician who provided you with documentation to substantiate your medical issues upon readmission. You also wrote that you had addressed correspondence to your doctors in New York but allegedly they never received the letters.

Your medical treatment issues focus upon an unidentified skin condition which requires special soap. You claimed that you witnessed other inmates with similar dermatological conditions receive prescribed soap but your were never ordered same. You wrote that your hand is healing with a possible deformity and you experience pain.

As follow-up to your letter, on October 26, 2000, I contacted New Haven CC Deputy Warden Jones. I expressed my concerns to him relative to your medical care. DW Jones advised me that he would look into the matter and get back to me. Shortly, thereafter, he called to tell me that you had been seen by the institutional physician on August 31 and September 7, 2000. I was informed that you would be seen by the doctor on Friday, October 27, 2000.

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

Mr. Nata, I am ready, willing and able to review your medical records to ascertain if you have received adequate medical treatment at NHCC. Due to the confidential nature of physician-patient privilege, the medical staff is precluded from divulging anything relative to your treatment and/or diagnosis. I must have your express, written permission to access and review of your medical file. Thus, I have enclosed a medical release authorization. If you elect to have me review your medical records, please insert your initials in the areas designated with a "√" mark. Remember to have an institutional representative witness your signature. Return the completed release to me at your earliest convenience. Post receipt of your release, I will request your medical records from John Botti, Program Manager at UCONN Correctional Managed Health Care. I ask that you exercise patience since it usually takes four (4) to five (5) weeks to receive a medical file. Post receipt and review of your medical file, I will communicate my findings to you.

It would also be most helpful if you provided a brief, factual account of what happened to you prior to your incarceration. This summary should include your diagnoses, as well as any surgical procedures and medications prescribed. Remember I cannot request, access and review your medical file until I receive your completed, signed and witnessed medical release authorization.

In the meantime, document your efforts to obtain medical treatment. Sign up for sick call. If all else fails, file a medical grievance.

Stay well.

Very truly yours,

Jane Starkowski
Managing Attorney

JS:cf

PLAINTIFF'S EX 13

Inmate number: 264728
Inmate name (Last, First, Initial): Bob, Nata
Facility: CRCI

Faxed 7/8/01 ~~p/r~~

Referred 10/22/01

# Connecticut Department of Corrections Facilities
## Non-Formulary or restricted Drug Request

Date: 7-19-01        10/22/01 → Sentence extended
                     Approved 90 days

Please provide sufficient information to allow the persons reviewing the form to understand the need for the non-formulary drug. Failure to do so will result in disapproval of the request.

| Medication (generic name) | Celecoxib |
|---|---|
| (brand name) [optional] | Celebrex |
| Indication: | pt cannot tolerate Motrin. pt has severe arthralgia. |
| Why a formulary drug cannot be used: | from a work related crushing injury to (L) wrist in 1998 |
| List formulary drugs already tried: | |
| Dosage: | 200 MG QD |
| Route: | PO |
| Should this drug be considered for addition to the formulary? | Yes ___ No ___ |
| Requested by: (print name) | Germain Bianchi, M.D. |
| Specialty? | Psychiatry ___  Infectious Diseases ___ |
| (signature) | [signed] |

Can we have approval for 90 days?

If it is imperative that the requested drug be started quickly, call the Pharmerica pharmacist at (800) 766-3379

Approved   Disapproved    Date: _____ by _____

Reason for disapproval:

# C.R.C.I.

CN9602
1/94

**CONNECTICUT DEPARTMENT OF CORRECTION**
**INMATE REQUEST FORM**

FROM: NATA BOB  INMATE NUMBER: 264728
WORK ASSIGNMENT: ____  LIVING QUARTERS: 3B 96
SUBMITTED TO: DR. BIANCHI  DATE: 27th May 2001

REQUEST: The medication you put me on is helping me well but I discovered that my little finger and ring fingers are the only sensitive fingers to my wrist (left) the middle finger the index and the Thumbs do not have sensitivity like when I lay on my hand for a while and my Hand gets Numb, on the left side of my left hand gets the feeling of numbness but I am still execing as advised I would like to see you for a follow up.

PREVIOUS ACTION TAKEN: ____

RECEIVED BY: ____  DATE RECEIVED: ____

ACTION TAKEN AND/OR RESPONSE: Come to sick call

DATE RESPONDING: 6/3/0
SIGNATURE OF STAFF MEMBER RESPONDING: Medical

PLAINTIFFS EX 15    Mail Grievance    EX 15

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9 7.

Inmate name: NATA BOL    Inmate no. 264728
Facility: NHCCC    Housing unit: G5U    Date: 2/11/01

☒ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

I had made a request through Counselor Morzano about my mail and she referred me to Cpt Santaigo I made a request (but no reply)

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

Since April 2000 my mails hadn't been reaching their destinations and they aren't returned to me latest one is a letter dated 1/11 on the 7th Feb I made a legal call and they told me they've not received it. Am I under Mail Review or what?

I told Ms Morzano I fear this letter will not get to its destination

**3. Action requested.** Describe what action you want taken to remedy the grievance.

I just want to know where my mails are and whether I am under mail review.

Inmate signature: Nata Bol

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW**

IGP no. 122-01-025    T no.
Date received 02-13-01    Disposition Upheld    Date of disposition 3-06-01
Grievance issue: Mail
Reasons: Upheld; Mail was located & forward to destination.

Level-1 reviewer: A/W B___

PLAINTIFF'S Ex 16

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

RECEIVED NOV 16 2000

BY: _____

G

BED # 54
Facility/Unit: NHCCC          Date: 5/11/2000
Inmate Name: NATA Bob        Number: 264728
Request: Ma'am, LEGAL MAIL INQUIRY

Please inquire for me why since April to May 19 and 7 of June to November my mails are not reaching their destinations except your mailed teller. PTO

(continue on back if necessary)

Previous Action Taken _____

Submitted to _____   Date Received _____

Acted on by _____

Action Taken and/or Response: Write to Captain Santiago 3rd shift about mail problems

(continue on back if necessary)

Date of Response to Inmate: 11/06/00
Signature of Staff Member: K Mayan

Nov 3 200

① letters to a Judge in New York, 2 letters to my doctors ① letter to family Court and as many letters to my personal address in New york respectively whether I am under mail review or it takes 3 mths to reach New york. (eg) letters to family court from June to August when my court date expired.

Oren Sebban, 11/03/00

TO - CAPTAIN SANTIAGO,

3 Copies

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION
INMATE REQUEST FORM

BED # G54

Facility/Unit: NHCCC

Inmate Name: NATA BOG

Date: 8/1/2000

Request: Legal Mail Complaint

Number: 264728

I am directed by my counselor to write to you about my legal mail which has not reached its destination

(continue on back if necessary)

Previous Action Taken:

Submitted to:

Acted on by:

Taken and...