UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | PRISONER<br>CIVIL NO. 3:02CV1785 (RNC)(DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 31, 2004 |

### NOTICE OF RECERTIFICATION

On or about August 26, 2004, the defendant received notice of the plaintiff's change of address. The defendant gives notice that he has sent a copy of the Trial Memorandum to the plaintiff at his current address of: 2055 Valentine Avenue, Apt. 2, Bronx, NY 10457, on this 31st day of August, 2004.

DEFENDANT
Dr. Immordino

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 31st day of August 2004:

Nata Bob
2055 Valentine Avenue, Apt. 2
Bronx, NY 10457

_____/s/_____
Michael J. Lanoue
Assistant Attorney General