UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 SEP 13 P 3:57

US DISTRICT COURT

NATA S. BOB,

    Plaintiff,

v.                        CASE NO. 3:02CV1785(RNC)

JOHN J. ARMSTRONG, ET AL.,

    Defendants.

### REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge <u>Donna F. Martinez</u>.

The defendants are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this /3 day of September 2004.

                                              Robert N. Chatigny
                                              United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NATA BOB,                         :
                                  :
    Plaintiff,                :
                                  :
    v.                        :    CASE NO. 3:02CV1785(RNC)
                                  :
JOHN J. ARMSTRONG, ET AL.,        :
                                  :
    Defendants.               :

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.


_____        _____
                                     Date


_____        _____
                                     Date


_____        _____
                                     Date