UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT  FILED

NATA BOB,

   Plaintiff,

  v.

              CASE NO. 3:02CV1785(RNC)

JOHN J. ARMSTRONG, ET AL.,

   Defendants.

2004 SEP 29 A 8:40

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

   In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____  Date 9/24/04

_____  Date

_____  Date

Robert N. Chatigny / U.S.D.J.

September 28, 2004. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.

TOTAL P.03