UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | NO. 3:02CV1785(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 29, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance on behalf of the defendant Peter Immordino in his individual capacity, in addition to those on file.

Dated at Hartford, Connecticut, this 29th day of December, 2004.

DEFENDANT,
Peter Immordino

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct15278
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: neil.parille@po.state.ct.us

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 29th day of December, 2004:

Nata Bob
2055 Valentine Avenue, Apt. 2
Bronx, NY  10457

Michael J. Lanoue, AAG
Office of the Attorney General
110 Sherman Street
Hartford, CT  06106

              ___/s/_____
              Neil Parille
              Assistant Attorney General