UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NATA BOB : CIVIL NO: 3:02 CV 1785 (DFM)

V

JOHN ARMSTRONG, et al.: JANUARY 19th 2005

## PLAINTIFF'S AMMENDED TRIAL MEMORANDUM

1. NOTICE TO CALL WITNESSES:

   (A) A CONSTITUTIONAL LAW EXPERT TO TESTIFY AS TO WHAT ACT OF A DOCTOR CONSTITUES A DELIBERATE INDIFFERENCE TO AN INMATE, AND WHETHER THE DEFENDANT'S ACTIONS VIOLATED PLAINTIFF'S 8th AM. CONSTITUTION TO A PROPER TREATMENT OF HIS SERIOUS MEDICAL NEEDS, BY DELAYING AND DENYING IT TO HIM.

   (B) A MEDICAL DOCTOR: WHETHER IT IS ETHICAL FOR A COMPETENT DOCTOR IN GOOD STANDING IN THE MEDICAL PROFESSION TO PRESCRIBE MOTRIN MEDICATION FOR HIS/HER PATIENT AS THE PLAINTIFF WITHOUT GIVING PATIENT MEDICINE TO PROTECT HIS STOMATCH AND WHETHER SHALL NOT EVERY DOCTOR KNOW THIS MEDICAL FACT.

   C. A HAND SURGEON SPECIALIST: TO TESTIFY TO THE NEGATIVE EFFECTS AN UNPROPERLY TREATED AGGRAVATED WRIST INJURY OPERATED UPON TWICE AND AGGRAVATION CAUSED BY CONSTANT HAND CUFFINGS AND WHETHER DEFENDANT ACTED PROFESSIONALLY BY REFUSING TO REFER PLAINTIFF TO A HAND SURGEON.

2. OBJECTIONS: PLAINTIFF OBJECTS TO DEFENDANT'S OBJECTION OF EXHIBITS 6, 9, AND 11 AS THEY HAD ALREADY BEEN ADMITTED AS PRESENTED TO THE COURT AND SERVE AS MEDICAL DOCUMENTS PROVING PLAINTIVE HAD EXHAUSTED

all administrative remedies before he filed the suit, they are as relevant as all the defendants' evidences therefore plaintiff also objects Dr. Hussein Zaior who had not treated plaintiff and Dr. Edward Blanchette as they are not hand surgeon specialist but only to serve the interest of defendant in a coverup, plus D.O.C. Records specialist as they are all in a conspiracy sheme.

2. Jury Instructions: If the majority of jury finds defendant

(A) liable, the jury may award plaintiff the two million dollars he requested in damages.

(B) The jury shall be informed that, this suit is not a mal pratice or negligence but a deliberate indifference case worst than the above. It is an 8th Amm. Constitutional Right Violation which primarily is about actions and accountabilities in his individual capacity which has no immunity coverage as the court had ruled and that exhibits 6, 9, and 11 had already been accepted by the defense and admitted by the court in its ruling on the plaintiff's and defendant's motions for summary judgements so the defense is scrambling in desperation to seek refuge from liability and disgrace.

(3) Plaintiff will present current medical records for objective test purposes.   Submitted by Plaintiff Pro se
Nata Pob

[signatures]