UNITED STATES DISTRICT COURT.
DISTRICT OF CONNECTICUT.

NATA BOB

CIVIL No 3:02 CV 1785 (DFM)

MARCH 16th 2005

John Armstrong, et al.

## PLAINTIFF'S AMMENDED TRIAL MEMORANDUM

### OBJECTIONS

(1) DEFENSE'S CONTEND TO EXCLUDE EXHIBITS ON GROUNDS, THAT THEY HAVE THEM, AND THAT EXHIBITS SERVE IN PLAINTIFF'S INTEREST IS MERITLESS BECAUSE, (A) THEY NEVER OBJECTED TO ANY UNTIL AFTER THE EXHIBITS WERE ADMITTED IN COURT AND A RULING WAS MADE IN PLAINTIFF'S FAVOUR ON THEM AS EVIDENCES. (B) ALL (EVIDENCES) EXHIBITS ARE RELEVANT TO THE CASE FOR PLAINTIFF TO PROOF THAT HE EXHAUSTED ALL ADMINISTRATIVE REMEDIES, WHICH IS A PREQUISITE TO FILE THIS ACTION, (C) TO PROOF DEFENDANT WAS CULPABLE WHEN HE DENIED, STOPPED AND DELAYS PLAINTIFF'S SERIOUS MEDICAL NEEDS.

(2) PLAINTIFF NEVER CLAIMED EXCESSIVE FORCE BUT GAVE A REASON WHY HE NEEDED THE MEDICATED XRAYS, MRI, - THERAPY AND A SPECIALIST OPINION ON THE CONDITIONS OF HIS L/HAND, AND TO PROOF BEYOUND A REASONABLE DOUBT THE OBJECTIVE AND SUBJECTIVE TESTS, FOR INJURIES IN THE PAST, PRESENT AND FUTURE,.

(3) THE NATURE OF THIS THIS CASE IS NOT FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT, BUT A CLAIM OF DENIAL OF SERIOUS MEDICAL NEED: A DELIBERATE INDIFFERENCE ACTION, UNDER THE 8 AMMENDMENT RIGHT OF THE CONSTITUTION. "A VIOLATION

(4) PLAINTIFF NEVER TOLD THE DEFENDANT HE WILL SOON BE RELEASED FROM PRISON AS CLAIMED.

(5) THIS CASE IS NOT FILED AGAINST DEFENDANT IN HIS OFFICIAL CAPACITY BUT IN HIS INDIVIDUAL CAPACITY,

WHICH EXC/ACS. HIM FROM HIS PAIN

6 THIS ACTION ALSO IS ABOUT WHETHER THE 8TH AMEND. OF THE CONSTITUTION AND CONNECTICUT GENERAL STATUTES GIVES HIM THE RIGHTS TO DENY A PATIENT (PRISONER) THE MEDICAL TREATMENT WHICH GIVES HIM/HER RELIEF FROM HIS/HER PAIN.

(7) PLAINTIFF STILL CONTENDS THAT THE JURY BE GIVEN A COPY OF THE 8TH AMMENDMENT OF THE CONSTITUTION, CONNECTICUT GENERAL STATUTE 18.7 GOVERNING DELIBERATE INDIFFERENCE TO ENABLE JURY TO REACH A JUST FAIR AND UNBIAS VERDICT. AS IT INVOLVES A PRISONER'S RIGHTS.

Submitted by PLAINTIFF, NATABOB
Prose
Sgn: [signature]

Certificate of Service:

THIS IS TO CERTIFY THAT THE FORGOING HAS BEEN MAILED TO U.S. Asst Atty. Neil D. Parille AT 110 SHERMAN ST. HARTFORD, CT. 06105.
ON THE 17TH MARCH 2005

By PLAINTIFF NATABOB
Prose.
Sgn [signature]