UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 30, 2005 |

### **MOTION FOR ENLARGEMENT**

The defendant requests an enlargement of time of ten (10) days to file the Joint Trial Memorandum for the following reasons:

1. The plaintiff resides out of State and is <u>pro se</u>.

2. The parties have made a good faith effort to complete the Joint Trial Memorandum and have exchanged several drafts.

3. The Joint Trial Memorandum is nearly completed. The parties are attempting to resolve as many of their differences as possible.

**WHEREFORE**, the defendant respectfully requests a ten-day enlargement of time to April 14, 2005, to file the Joint Trial Memorandum.

The plaintiff has been contacted and agrees with this request.

        DEFENDANT
        Dr. Peter Immordino

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  name@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of March 2005:

Nata S. Bob
2055 Valentine Avenue, Apt. 2
Bronx, NY 10457


_____/s/_____
Michael J. Lanoue
Assistant Attorney General