FILED

UNITED STATES DISTRICT COURT

2005 MAR 30 P 2: 51

DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 30, 2005 |

### MOTION FOR ENLARGEMENT

The defendant requests an enlargement of time of ten (10) days to file the Joint Trial Memorandum for the following reasons:

1.  The plaintiff resides out of State and is pro se.

2.  The parties have made a good faith effort to complete the Joint Trial Memorandum and have exchanged several drafts.

3.  The Joint Trial Memorandum is nearly completed. The parties are attempting to resolve as many of their differences as possible.

**WHEREFORE,** the defendant respectfully requests a ten-day enlargement of time to April 14, 2005, to file the Joint Trial Memorandum.

The plaintiff has been contacted and agrees with this request.

*[Handwritten margin note: GRANTED. The parties shall file the Joint Trial Memorandum by no later than 4/15/05. SO ORDERED.]*

FILED
2005 APR -5 A 11: 45
US DISTRICT COURT
HARTFORD CT