UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL NO: 3:02 CV1785 (DFM)
APRIL 6TH, 2005

NATA BOB
  V
JOHN ARMSTRONG, et al

## JOINT TRIAL MEMORANDUM AGREEMENT.

PLAINTIFF AGREE WITH DEFENSE ON THE JOINT TRIAL MEMORANDUM ATTACHED, TO BE FILED WITH COURT AND THE ISSUES OF DISAGREEMENTS TO BE PRESIDED BY THE HONOURABLE COURT, SUCH AS DAMAGES COMPUTATION, ect.

PREPARED BY PLAINTIFF
NATA BOB PROSE

Sgn  *[signature]*

2055 VALENTINE AVE
APT. 2
BRONX, N.Y. 10457.