UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 26, 2005 |

## DEFENDANT'S EXHIBIT LIST

The defendant submits the following exhibit list:

**Defendant's 1:**   Plaintiff's Department of Correction Clinical Medical Records, April 11, 2000 to July 10, 2003.  15 Pages. Marked 1-1 through 1-15.

**Defendant's 2:**   Plaintiff's Department of Correction Physician's Orders (Medical Records), April 11, 2000 to June 6, 2003.  6 Pages. Marked 2-1 through 2-6.

**Defendant's 3:**   Plaintiff's Diagnostic Radiologic Report, dated April 27, 2001. 1 Page.  Marked 3-1.

**Defendant's 4:**   Connecticut Department of Correction Facilities Non-Formulary Or Restricted Drug Report, dated April 26, 2001, regarding the plaintiff.  1 Page.  Marked 4-1.

**Defendant's 5:**   Plaintiff's Medication Records.  32 Pages. Marked 5-1 through 5-32.

**Defendant's 6:**   Plaintiff's Connecticut Department of Correction Intake Health Screening, dated April 11, 2000.  2 Pages. Marked 6-1 through 6-2.

**Defendant's 7:**   Plaintiff's Connecticut Department of Correction Intake Health Screening, dated June 7, 2000.  2 Pages. Marked 7-1 through 7-2.

**Defendant's 8:**   Plaintiff's Connecticut Department of Correction Inmate Movement Screen print-out (RT-60).  1 Page.  Marked 8-1.

**Defendant's 9:**   Plaintiff's Inmate Grievance, dated November 8, 2000.  1 Page. Marked 9-1.

The defendant is not aware of any objection to these exhibits.

The defendant may not request submission of all of these exhibits into evidence, depending on evidentiary rulings by the Court.

        DEFENDANT
        Dr. Immordini

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of May 2005:

Nata S. Bob
2055 Valentine Avenue, Apt. 2
Bronx, NY 10457

        _____
        Michael J. Lanoue
        Assistant Attorney General