UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 MAY -5  P 4: 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NATA S. BOB

v.  CIVIL NO: 3:02CV1785 (DFM)

JOHN J. ARMSTRONG, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, <u>Jonathan B. Tropp, Esquire and Michael G. Considine, Esquire of Day, Berry & Howard, LLP, One Canterbury Green, Stamford, CT  06901, Tel: (203) 977-7337</u> are appointed as counsel for the plaintiff, <u>Nata S. Bob</u>, in the above-captioned case.

Dated at Bridgeport, Connecticut this 4th of May, 2005.

KEVIN F. ROWE, Clerk
By

_____
Cynthia Earle,
Staff Attorney