UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRO BONO APPEARANCE

V                                                              CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:

Nata S. Bob

___5/16/05_____                    ___[signature]_____
Date                                                            Signature

___CT#11295_____                     Jonathan B. Tropp
Connecticut Federal Bar Number           Print or Type Name

___203-977-7337_____                     Day, Berry & Howard LLP
Telephone Number                         Firm Name

                                         One Canterbury Green
                                         Address

                                         Stamford        CT        06901
                                         City            State     Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Michael J. Lanoue                        Neil D. Parille
Attorney General's Office                Attorney General's Office
Public Safety & Special Revenue          110 Sherman Street
MacKenzie Hall, 110 Sherman St.          Hartford, CT   06105
Hartford, CT   06105

                                         ___[signature]_____
                                         Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)