# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## PRO BONO APPEARANCE

V                                    CASE NUMBER: _____

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:

Nata S. Bob

---

__5·16·05__
Date

_Signature_ (signed)
Signature

CT#16023
Connecticut Federal Bar Number

Michael G. Considine
Print or Type Name

203-977-7330
Telephone Number

Day, Berry & Howard LLP
Firm Name

One Canterbury Green
Address

Stamford      CT      06901
City          State   Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Michael J. Lanoue
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT  06105

Neil D. Parille
Attorney General's Office
110 Sherman Street
Hartford, CT  06105

_Signature_ (signed)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)