## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | JULY 25, 2005 |

### STIPULATED MOTION TO EXTEND DEADLINES

Plaintiff Nata Bob, by and through his undersigned counsel, hereby moves to extend the July 29, 2005 deadline to complete discovery and to submit the parties' joint pre-trial memorandum by 40 days. In support of this motion, the undersigned states as follows:

1. Plaintiff has been waiting to receive copies of transcripts of certain related proceedings and certain other information defense counsel has agreed to provide. This process has taken longer than the parties anticipated.

2. Plaintiff seeks to take the deposition of the defendant after the receipt and review of the transcripts. The defendant seeks to take the deposition of the plaintiff the same day.

3. Plaintiff seeks the opportunity to have this discovery before submitting the pre-trial memorandum.

4. An extension of 40 days will not disturb any of the other deadlines in this case. Jury selection is not set until October 6, 2005, and trial is not set until November 2, 2005.

5. An extension of 40 days is warranted, in part, because of counsel's vacation scheduled in August.

6. This is the first request for an extension of the deadlines that were set upon the entry of appearances of counsel for the plaintiff. The defendant agrees to the granting of this motion.

WHEREFORE, plaintiff respectfully requests an extension of the deadlines for submitting the parties' joint pre-trial memorandum and for the completion of discovery of 40 days, to and including September 7, 2005.

PLAINTIFF NATA BOB,

/s/ Jonathan B. Tropp
Jonathan B. Tropp (ct11295)
Michael G. Considine
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
Fax: (203) 977-7301
E-mail: jbtropp@dbh.com
His attorneys

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was served upon counsel for the defendant by first class mail, postage prepaid, as follows:

Michael J. Lanoue, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105

Neil D. Parille, Esq.
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

/s/ Jonathan B. Tropp
Jonathan B. Tropp