# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATA BOB | : CIVIL NO. 3:02CV1785 (DFM) |
| | : |
| v. | : |
| | : |
| JOHN ARMSTRONG, ET AL. | : SEPTEMBER 2, 2005 |

## STIPULATED MOTION TO EXTEND DEADLINES

Plaintiff Nata Bob, by and through his undersigned counsel, hereby moves to extend the September 7, 2005 deadline to complete discovery and to submit the parties' joint pre-trial memorandum by 7 days. In support of this motion, the undersigned states as follows:

1. Plaintiff has recently received copies of the transcript of certain related proceedings and certain other information defense counsel agreed to provide. This process took longer than the parties anticipated.

2. The parties' depositions have both been scheduled for September 8, 2005 by agreement. As a result of the time incurred to obtain the information plaintiff had requested as well as counsels' schedules (including vacations on both sides during August), this was the earliest date that these depositions could be scheduled.

3. Plaintiff seeks the opportunity to complete these depositions before submitting the pre-trial memorandum.

4. A further extension of 7 days until September 14, 2005 will not disturb any of the other deadlines in this case. Jury selection is not set until October 6, 2005, and trial is not set until November 2, 2005.

5. A further extension of 7 days is warranted.

6. This is the second request for an extension of the deadlines that were set upon the entry of appearances of counsel for the plaintiff. The defendant agrees to the granting of this motion.

WHEREFORE, plaintiff respectfully requests an extension of the deadlines for submitting the parties' joint pre-trial memorandum and for the completion of discovery of 7 days, to and including September 14, 2005.

PLAINTIFF NATA BOB,

/s/ Jonathan B. Tropp_____
Jonathan B. Tropp (ct11295)
Michael G. Considine
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
Fax: (203) 977-7301
E-mail: jbtropp@dbh.com
His attorneys

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was served upon counsel for the defendant by first class mail, postage prepaid, as follows:

Michael J. Lanoue, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105

Neil D. Parille, Esq.
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

/s/ Jonathan B. Tropp_____
Jonathan B. Tropp
