UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 15, 2005 |

### MOTION FOR ENLARGEMENT

The parties, by consent, respectfully request, nunc pro tunc, a one-day enlargement of time, to September 15, 2005, to file their trial memorandum for the reason that their good faith effort to resolve as many conflicts as possible, took longer than expected.

DEFENDANT
Dr. Peter Immordino

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of September 2005:

Michael G. Considine, Esq.
Jonathan B. Tropp, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

                                                Michael J. Lanoue
                                                Assistant Attorney General