UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | NO. 3:02CV1785(DFM) |
| | : | |
| V. | : | |
| | : | |
| PETER IMMORDINO | : | OCTOBER 21, 2005 |

## DEFENDANT'S EXHIBIT LIST

In accordance with the Court's pretrial order, the defendant hereby submits this list of exhibits:

**Defendant's 1:**  Plaintiff's Department of Correction Clinical Medical Records, April 11, 2000 to July 10, 2003.  15 Pages. Marked 1-1 through 1-15.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 2:**  Plaintiff's Department of Correction Physician's Orders (Medical Records), April 11, 2000 to June 6, 2003.  6 Pages. Marked 2-1 through 2-6.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 3:**  Plaintiff's Diagnostic Radiologic Report of Plaintiff's Left Wrist, PA Lateral and Oblique views, dated April 27, 2001. 1 Page.  Marked 3-1.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 4:**  Connecticut Department of Correction Facilities Non-Formulary Or Restricted Drug Report, dated April 26, 2001, regarding the plaintiff.  1 Page.  Marked 4-1.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 5:**  Plaintiff's Medication Records.  32 Pages. Marked 5-1 through 5-32.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 6:**     Plaintiff's Connecticut Department of Correction Intake Health Screening, dated April 11, 2000.  2 Pages. Marked 6-1 through 6-2.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 7:**     Plaintiff's Connecticut Department of Correction Intake Health Screening, dated June 7, 2000.  2 Pages. Marked 7-1 through 7-2.

The parties agree that this exhibit should be admitted without objection as evidence.

**Defendant's 8:**     Plaintiff's Connecticut Department of Correction Inmate Movement Screen print-out (RT-60). 1 Page. Marked 8-1.

The parties agree that this exhibit should be admitted without objection as evidence.

**NOTE:**     Exhibits containing evidence after October of 2000 may or may not be entered into evidence by the defendant at trial, depending on evidence provided by the plaintiff at trial and evidentiary rulings of the Court.  Such exhibits are listed as contingent exhibits for this reason.

DEFENDANT,
Dr. Peter Immordino

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:____/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Email:  neil.parille@po.state.ct.us

2

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 21st day of October, 2005:

Michael G. Considine, Esq.
Jonathan B. Tropp, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT  06901

              _____/s/_____
              Neil Parille
              Assistant Attorney General