UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATA BOB | : | CIVIL NO. 3:02CV1785 (DFM) |
| v. | : | |
| PETER IMMORDINO | : | OCTOBER 21, 2005 |

### PLAINTIFF'S EXHIBIT LIST

Pursuant to the Court's Superceding Pretrial Order filed May 31, 2005, Plaintiff submits the following list of exhibits to be used a trial. Exhibits have been numbered to conform to the exhibit list submitted in the parties' Joint Trial Memorandum dated September 15, 2005.

1. Prescription written by Dr. Yao L. Kaledzi dated May 22, 2000.

   Defendant does not consent to the admissibility of Plaintiff's Exhibit 1.

2. An evaluation by one Sherry Husney dated June 2, 2000.

   Defendant does not consent to the admissibility of Plaintiff's Exhibit 2.

3. A bill dated April 18, 2000, from Midstate Medical Center.

   Defendant does not consent to the admissibility of Plaintiff's Exhibit 3.

9. Note by Samuel K. Mensah, M.D., dated May 22, 2000.

   Defendant does not consent to the admissibility of Plaintiff's Exhibit 9.

10. Inmate Grievance, dated November 8, 2000.

    Exhibit 10 may be admitted without objection.

13. Department of Correction Non-Formulary or Restricted Drug Request, dated July 19, 2001.

    Defendant does not consent to the admissibility of Plaintiff's Exhibit 13.

19. Medical - Department of Correction Facilities Non-Formulary or Restricted Drug Request dated April 26, 2001

    Defendant does not consent to the admissibility of Plaintiff's Exhibit 19.

20. Department of Correction Medical - Clinical Record of the plaintiff from April 11, 2000 to July 9, 2003

    Defendant does not consent to the admissibility of Plaintiff's Exhibit 20.

21. Department of Correction Medical - Physician's Orders relating to the plaintiff from April 11, 2000 to August 29, 2002

    Defendant does not consent to the admissibility of Plaintiff's Exhibit 21.

22. Medical – Department of Correction Medication Reports of the plaintiff from April 12, 2000 to September 30, 2003

    Defendant does not consent to the admissibility of Plaintiff's Exhibit 22.

23. Plaintiff's Medical Intake Health Screening Record of April 11, 2000

    Exhibit 23 may be admitted without objection.

24. Plaintiff's Medical Intake Health Screening Record of June 7, 2000

    Exhibit 24 may be admitted without objection.

25. 2000 Physician's Desk Reference (excerpt)

Exhibit 25 may be admitted without objection.

P

PLAINTIFF
Nata S. Bob

BY:_____
Michael G. Considine (ct16023)
mgconsidine@dbh.com
Jonathan B. Tropp (ct11295)
jbtropp@dbh.com
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
Fax: (203) 977-7301
His Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY THAT a copy of the foregoing was delivered by e-mail and mail this 21st of October, 2005, as follows:

| | |
|---|---|
| Michael J. Lanoue | Neil Parille |
| Assistant Attorney General | Assistant Attorney General |
| 110 Sherman Street | 110 Sherman Street |
| Hartford, CT  06105 | Hartford, CT  06105 |

_____
Jonathan B. Tropp