UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


NATA BOB                          :          CIVIL NO. 3:02CV1785(DFM)

      v.                          :

PETER IMMORDINO                   :          NOVEMBER 21, 2005


STIPULATION OF DISMISSAL


Pursuant to Fed. R. Civ. P. 41(a)(1), the captioned action is hereby withdrawn with

prejudice, with each side bearing its own fees and costs.


PLAINTIFF                                  DEFENDANT
Nata S. Bob                                Dr. Peter Immordino


By:/s/ Jonathan B. Tropp_____        By:/s/ Michael J. Lanoue_____
    Michael G. Considine (ct16023)            Michael J. Lanoue (ct05195)
    mgconsidine@dbh.com                       Assistant Attorney General
    Jonathan B. Tropp (ct11295)               E-Mail:  michael.lanoue@po.state.ct.us
    jbtropp@dbh.com                           Neil Parille (ct15278)
    Day, Berry & Howard LLP                   E-Mail:  neil.parille@po.state.ct.us
    One Canterbury Green                      110 Sherman Street
    Stamford, CT  06901                       Hartford, CT  06105
    (203) 977-7570                            Tel:  (860) 808-5450
    Fax:  (203) 977-7301                      Fax:  (860) 808-5591
    His Attorneys